FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-345-GW-1 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Michael Christopher Moore, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

    On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.   (✓) the appearance of defendant as required; and/or

        B.   (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: criminal history + parole violation history

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: lack of known background / but resource information; history of warrants + drug use

IT IS ORDERED that defendant be detained.

DATED: 10/29/10

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge